UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TIANA BROWN,<br><br>                              Plaintiff,<br><br>                    v.<br><br>YOUNG ADULT INSTITUTE (YAI),<br><br>                              Defendant. | NYSCEF Index No.: 152039/2026<br><br>**NOTICE OF REMOVAL** |

TO:    THE HONORABLE JUDGES OF THE
         UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK

Defendant Young Adult Institute ("YAI"), by and through its attorneys, Jackson Lewis P.C., respectfully states:

1.    Defendant files this Notice of Removal pursuant to 28 U.S.C. §1331, 1441 and 1446 to remove to this Court a certain civil action that Plaintiff Tiana Brown ("Plaintiff") commenced in the Supreme Court of the State of New York, County of New York, entitled, *Tiana Brown v. Young Adult Institute (YAI)*, NYSCEF Index No. 152039/2026 (hereinafter "State Court Action"). The State Court Action is presently pending in that court.

2.    Pursuant to Local Rule 81.1 of this Court, all documents filed and/or served in the State Court Action to date are annexed hereto as the following Exhibits:

- **Exhibit A – Plaintiff's Summons and Complaint, filed in the Supreme Court of the State of New York, County of New York, on February 17, 2026 (Dkt. No. 1);**

- **Exhibit B – Plaintiff's Exhibits A-L in support of Plaintiff's Complaint filed in the Supreme Court of the State of New York, County of New York, on February 17, 2026 (Dkt. No. 2);**

- **Exhibit C – Plaintiff's Request for Judicial Intervention for a Preliminary Conference filed in the Supreme Court of the State of New York, County of New York, on February 17, 2026 (Dkt. No. 3); and**

1

- **Exhibit D – Plaintiff's Affirmation of Service filed in the Supreme Court of the State of New York, County of New York, on February 23, 2026 (Dkt. No. 4).**

3. Plaintiff commenced the State Court Action by filing the Summons and Complaint on February 17, 2026 (Exhibit A, Dkt. No. 1).

4. To date, Defendant has not been properly served with the Summons and Complaint.

5. Upon Defendant's information and belief, no other pleadings have been filed and no orders have been entered in the State Court Action. Defendant has not served its Answer or responsive pleading to the Complaint, nor made any appearance or argument before the Supreme Court of the State of New York, County of New York.

6. This Notice of Removal is being timely filed within the provisions of 28 U.S.C. § 1446. Defendant has effected removal within thirty (30) days of the service of the Complaint from which it could first be ascertained that this action is removable. *See* 28 U.S.C. § 1446(b).

7. This Court has federal question jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 on the grounds that Plaintiff's Complaint includes claims alleging violations of the Family Medical Leave Act of 1993, 29 U.S.C. § 2601, et seq. ("FMLA"), which could originally have been brought in this Court. *See* Ex. A, Complaint ¶¶ 75-93.

8. Accordingly, the State Court Action is being removed to this Court pursuant to 28 U.S.C. § 1441 on the ground that original jurisdiction over Plaintiff's claims exists under 28 U.S.C. § 1331 by virtue of its federal question jurisdiction arising out of Plaintiff's claims under the FMLA.

9. Upon filing of this Notice of Removal, Defendant shall give prompt written notice thereof to Plaintiff and shall file a copy of said Notice of Removal with the Clerk, Supreme Court of the State of New York, County of New York. Notice shall be given by transmitting a courtesy electronic copy of the Notice of Removal to Plaintiff via e-mail. We will file an affirmation of service in this Court.

10.    Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled any claims upon which relief may be granted.

**WHEREFORE**, Defendant removes the above-captioned action now pending against it in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, wherein it shall proceed as an action originally commenced therein.

Dated: February 24, 2026
        Melville, New York

                          Respectfully submitted,

                          JACKSON LEWIS, P.C.

              By:    */s/ Ana C. Shields*
                     Ana C. Shields, Esq.
                     Daniel R. Axelrod, Esq.
                     *Attorneys for Defendant*
                     58 South Service Road, Suite 250
                     Melville, New York 11747
                     Tel.: (631) 603-6209
                     Ana.Shields@jacksonlewis.com
                     Daniel.Axelrod@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I electronically filed and served the foregoing with the Clerk of this Court using the CM/ECF System and caused to be served, via email upon the following parties of record:

Kamran Wassel Joya, Esq.
JOYA LAW FIRM
*Attorneys for Plaintiff*
175 Greenwich Street, 38th Floor
New York, New York 10007
Tel: (415) 302-9437
E-mail: kamran@joya.law

*s/ Ana C. Shields*
ANA C. SHIELDS, ESQ.

4